# INTRODUCTION

1. I, Zachary Smith, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since October 2023. I am currently assigned to the Detroit Field Office, Saint Joseph Resident Agency. During my employment with the FBI, I have conducted investigations involving violations of federal criminal laws, including violations related to child exploitation. I am familiar with the various statutes of Title 18, United States Code, Chapter 110 – Sexual Exploitation and Other Abuse of Children, including violations pertaining to sexual exploitation and attempted sexual exploitation of children (18 U.S.C. § 2251(a)), distribution or receipt of child pornography (18 U.S.C.§ 2252A(a)(2)), and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)).

2. I make this Continuation in support of an application for a criminal complaint against UMANG SINGROHA for sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a) (the "Subject Offense").  Child pornography includes any visual depiction of sexually explicit conduct where the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct. *See* 18 U.S.C. § 2256(8). Sexually explicit conduct includes graphic or simulated lascivious exhibition of the anus, genitals, or pubic area of any person. *See* 18 U.S.C. § 2256(2)(B).

3. The statements contained in this Continuation are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Because this Continuation is being

1

submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to believe that UMANG SINGROHA committed the Subject Offense.

## FACTS SUPPORTING PROBABLE CAUSE

4. On August 31, 2025, at or around 7:56 a.m., a 13-year-old minor female, herein referred to as MV1[1], was reported missing by her family to the St. Joseph Township Police Department (SJTPD). MV1 was last seen at her grandmother's house in St. Joseph, MI in the evening hours of August 30, 2025. Law enforcement began using various investigative techniques, including requesting live location information (known as a "ping") for MV1's cell phone, in an attempt to locate MV1. The initial ping on the phone returned as "no contact, phone off." Later, MV1's cell phone pinged near Elk Grove Village, Illinois. The SJTPD contacted the Elk Grove Village Police Department (EGVPD) and made them aware that MV1 was in the area. MV1 was located by the EGVPD at a Love's Truck Stop, 1900 Busse Rd, Elk Grove Village, Illinois at or around 2:40 p.m.

5. MV1 was transported by ambulance to Alexian Brothers Hospital in Elk Grove Village where she was seen by a Sexual Assault Nurse Examiner ("SANE"). The SANE report contained a written account of MV1's statements to the SANE. In the report, MV1 stated that a male shoved her into a car outside of her grandma's

---

[1] The victim's full name and date of birth are known to me, but I have not included it here to protect the minor's identity and personally identifiable information.

2

house, in St. Joseph, Michigan, and drove away. MV1 was forced to touch and suck the male's penis and was threatened with a knife if she did not do what the male asked. MV1 also stated that the male drove her to Chicago, Illinois where she was eventually transferred by the male into a yellow semi-truck. MV1 stated that she was forced to get on a bed inside the semi-truck and that the male proceeded to slap and hit her. MV1 was again made to suck the male's penis until he ejaculated in her mouth. MV1 was able to escape the semi-truck and run into the Love's gas station and ask for help. The SANE noted purple and red marks on MV1's face, breasts, and butt.

6. On September 5, 2024, MV1 was forensically interviewed at the Children's Advocacy Center in St. Joseph, Michigan. I watched this interview from a nearby room. The following is an account of what occurred according to MV1. MV1 revealed that she was communicating on Instagram with a male she knew as "Urban." MV1 stated that Urban showed up to her grandma's house, in St. Joseph, Michigan, and told her to get into the car. Urban drove MV1 around the Benton Harbor, Michigan area and was eventually forced into the backseat of Urban's car and tied up with chains and a rope. MV1 was forced to suck Urban's penis while his hands were around her neck. MV1 stated that if she did not do what Urban wanted, he would choke her. Urban drove MV1 around the Benton Harbor area until MV1 began receiving texts from family members at or around sunrise on 08/31/2025. MV1 stated that Urban said it was time to go to his apartment in Chicago. MV1

3

remembered them arriving at Urban's apartment in Chicago where she was tied up in the back seat with tape over her mouth. Urban returned from the apartment and drove MV1 to his semi-truck parked at or around the Love's Truck Stop. MV1 stated that she was forced to suck Urban's penis again in the semi-truck. MV1 was able to escape the semi-truck when Urban was not looking, and she ran into the Love's gas station where she was eventually recovered by the EGVPD.

7. MV1's cell phone was seized by the EGVPD, and the contents were extracted after consent was obtained from MV1's father. A search of the phone revealed videos depicting child pornography (as defined in 18 U.S.C. § 2256) saved in the phone's Instagram cache[2]. Two of the videos are described below:

> Video 1: This is a color video depicting a naked MV1 standing in a bedroom. MV1 can be seen sucking on her fingers and then masturbating by using her hand to rub her genital area.

> Video 2: This is a color video depicting MV1 who is naked from the waist down with a red tank top pulled up to expose her breasts. MV1 can be seen standing in a bedroom and rubbing her genital area with both hands while sticking her tongue out.

> The below Instagram screenshots were also found in MV1's cell phone. The

---

[2] A "cache" is a collection of temporary data files, such as downloaded photos and settings, stored on a device to speed up application loading times and improve performance.

grey messages are from Instagram name "Urban Shadow" and the purple messages are from MV1.



MV1 stated that Instagram name Urban Shadow was used by Urban. According to MV1's phone, the screenshot on the left was taken at or around 10:46 a.m. on 8/30/2025 and the screenshot on the right was taken at or around 1:45 a.m. on

5

8/31/2025. MV1 stated that the "Im really sorry for being sooo late" message from Urban was in reference to him being late in arriving to her grandma's house. MV1 also stated that Urban would ask her to send naked pictures of herself via Instagram. MV1 was shown a screenshot of a video of her naked and rubbing her genital area that was found in the Instagram cached files of her cell phone. MV1 confirmed that she was the female in video and that she had sent that video to Urban via Instagram. MV1's phone extraction also revealed that the Instagram name "Urban Shadow" was associated with Instagram username "shadow_urban456." This information was located in the "Contacts" section of MV1's phone extraction.

8.     On 09/11/2025, the Honorable Judge Ray Kent issued a search warrant in the Western District of Michigan to Meta for information associated with Instagram account shadow_urban456 (1:25-mj-465).

9.     I reviewed the search warrant return, which revealed that the verified registered email address associated with shadow_urban456 was umangsingroha51@gmail.com. The original vanity name[3] associated with the account was umangsingroha51 and the vanity name was changed to shadow_urban456 on 07/01/2025. The return also showed that shadow_urban456 sent multiple images of himself to MV1. The images are consistent in appearance with Umang SINGROHA's driver's license photo. The shadow_urban456 account also sent "My name's Umang"

---

[3] Instagram defines a "vanity name" as the "username associated with the account."

6

as an Instagram message to MV1's Instagram account[4] on 08/22/2025.

10. My review of the search warrant return also revealed sexually explicit chats between Urban and MV1. MV1 sent Urban images and videos depicting child pornography (as defined in 18 U.S.C. § 2256).

11. For example, the following is an excerpt of Instagram chats between Urban and MV1's Instagram account from 08/29/2025:

> Urban: Remove everything
>
> Urban: Like literally everything
>
> Urban: And send me the sexiest video ever
>
> Urban: Put you finger in your pussy
>
> Urban: Show that hairy pussy
>
> MV1: Ughh so bossy
>
> Urban: That's how my baby likes it
>
> MV1: Yes sir
>
> Urban: Now send me the sexiest video ever
>
> MV1: It sending
>
> …
>
> **MV1: sends attachment 1676700456333627, which is a sixteen-second color video of MV1 naked standing in a bedroom. MV1 can be seen sucking on her fingers and then masturbating by**

---

[4] MV1's Instagram account is known to me, but I have omitted it to protect her personally identifiable information.

7

>**using her hand to rub her genital area. MV1's full face can be seen[5].**
>
>…
>
>Urban: This is the sexiest vid I ever seen

The following is an excerpt of Instagram chats between Urban and MV1 from 08/25/2025:

>Urban: I wanna see that hair pussy
>
>Urban: Pleaseeeeeee
>
>Urban: Hairy*
>
>Urban: I begg you baby
>
>**MV1: sends attachment 783249567436445, a color photo depicting fingers around a female genitalia**
>
>MV1: I might have to shave it
>
>Urban: Oh fuckkk
>
>Urban: Play with it and send me a video mommy
>
>Urban: Pleaseeeee
>
>MV1: Daddyy I'm tired

---

[5] I know that this is a video of MV1 because I observed numerous pictures of MV1 in her cell phone and saw MV1 in person during her forensic interview. MV1's father confirmed that this video was filmed in MV1's bedroom in Stevensville, Michigan, which is in the Western District of Michigan, after seeing a redacted image from the video.

Urban: Just one video mommy

Urban: Then we gonna sleep

Urban: I'm tired too

Urban: Please

Urban: Just play with it and put your fingers in

…

**MV1: sends attachment 1368626348023158, an eight-second color video of MV1 rubbing her exposed genital area. Only MV1's hand, genital area, and inner thighs can be seen.**

Urban: Mommy you the bestttt

Urban: Baby it looks sooo tight

MV1: Yeahh daddy

Urban: We might have problems putting my dick in you

The following is an excerpt of Instagram chats between Urban from 08/30/2025 and 08/31/2025:

Urban: Is my whore going to suck daddy's dick?

…

Urban: and st joseph is 1.5 hours away

Urban: So I will be there at like 1:30

…

Urban: Imma text you before I leave for your address

…

Urban: Imma keep you up all night

MV1: Yess babe

Urban: Tomm we gonna do it in the room all day n nightttt

…

Urban: Can I have your location?

MV1: (address omitted to protect personally identifiable information) st Joseph mi their babe

08/31/2025

Urban: I will be there soon

Urban: Like at 2:30

…

Urban: Come outside babyyyt

MV1: Nooo

MV1: I'm not going out

Urban: I can see you

Urban: You smiling rn

MV1: Stoppp

…

Urban: Baby I'm literally outside

MV1: This is scary

      Urban: I see you

      MV1: Hold onn

      Urban: Okay baby

      Urban: Take your time

      Urban: No rush

12.  Also, during the forensic interview, MV1 was shown the following picture found in the Instagram cache of her cell phone:



MV1 identified the individual in the photo as Urban, the individual who drove her away from her grandmother's house in St. Joseph, Michigan on 8/31/2025. The above picture appears to be Umang SINGROHA when compared to SINGROHA's driver's license photo below:

11



## **CONCLUSION**

13.  Based upon the above information, I respectfully submit there is probable cause to believe that UMANG SINGROHA committed the Subject Offense.

14.  Wherefore, by this Continuation and Application, I respectfully request that the Court issue a warrant authorizing the arrest of UMANG SINGROHA.