UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMANG SINGROHA,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:25-mj-00488

**ORDER**

On September 24, 2025, the Court authorized a criminal complaint charging Defendant Umang Singroha with sexual exploitation of a child, in violation of 18 U.S.C. § 2251. (ECF No. 1). The Court also issued an arrest warrant for Umang Singroha. (ECF No. 2). Mr. Singroha made his initial appearance on October 2, 2025, in the Northern District of Illinois (ECF No.5-2 ), and he was ordered detained (ECF No. 5-3). He was transferred to the Southern Division on October 17, 2025. The Federal Rules of Criminal Procedure require that a preliminary hearing be conducted within fourteen days after a defendant's initial appearance, if he is being held in custody. FED. R. CRIM. P. 5.1(c). That time may be extended only by consent of the defendant with good cause shown, or by motion of the government demonstrating that "extraordinary circumstances exist, and justice requires the delay." FED. R. CRIM. P. 5.1(d). No motion has been filed by either party.

More than fourteen days has elapsed since Mr. Singroha made his initial appearance, the fourteenth day falling on October 16, 2025, one day prior to his transfer to the Southern Division. Rule 5.1 is silent as to the proper remedy for a violation of the fourteen-day rule. There is, however, a statutory provision that addresses this situation, which states, in pertinent part: "an arrested person who has not been accorded the preliminary examination. . .within [the fourteen days following the initial appearance] shall be discharged from custody." 18 U.S.C. § 3060(d) (emphasis supplied). This shall be "without prejudice, however, to the institution of further proceedings against him upon the charge upon which he was arrested." *Id*. Accordingly,

**IT IS ORDERED** that the Criminal Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Date October 17, 2025                                             /s/ Phillip J. Green
                                                                  PHILLIP J. GREEN
                                                                  United States Magistrate Judge