UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

       vs.

UMANG SINGROHA,

                Defendant.                    **INDICTMENT**

_____/

The Grand Jury charges:

**Sexual Exploitation of a Child**

Between on or about August 21, 2025, and August 31, 2025, in Berrien County, in the Southern Division of the Western District of Michigan,

UMANG SINGROHA

knowingly persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce.

Specifically, UMANG SINGROHA convinced Victim 1, a minor, to record and send photos and videos depicting Victim 1 masturbating and the lascivious exhibition of the genitals of Victim 1. Victim 1 sent the photos and videos to UMANG SINGROHA using Instagram, a social media application that requires the use of the Internet.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2256(2)

## <u>FORFEITURE ALLEGATION</u>

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251,

UMANG SINGROHA

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, a silver Apple iPhone cell phone.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

_____[ /s/ Redacted ]_____

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DOAA K. AL-HOWAISHY
Assistant United States Attorney