**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Reentry Services Division* *Washington, D.C. 20534*

October 5, 2026

The Honorable Ray Kent
United States Magistrate Judge
580 Federal Building
110 Michigan Street NW
Grand Rapids, Michigan 49503

RE: Umang Singroha
Reg. No. 14480-512
Case No. 1:25-cr-00151-PLM

Dear Judge Kent,

Mr. Umang Singroha was admitted to the Federal Medical Center in Devens, Massachusetts, on September 23, 2026, in compliance with your order dated May 27, 2026, and pursuant to the provisions of Title 18 USC § 4241(d). As such, I will complete Mr. Singroha's evaluation by January 21, 2027, and submit a final written report to the Court within 2 weeks of that date.

Regarding the Court's order for an evaluation of whether Mr. Singroha would "create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect," this type of evaluation would only be completed after a finding of not guilty by reason of insanity and subsequent civil commitment pursuant to Title 18 USC §4243(a) or if Mr. Singroha was determined to be unrestorable pursuant to Title 18 USC § 4241(d)(2)(B).

Title 18 USC § 4243 does not apply in this case because Mr. Singroha has not been found not guilty by reasons of insanity.

However, should I opine a defendant is not likely to be restored to competency, an initial risk review is then conducted to consider *potential* eligibility for civil commitment under Title 18 USC § 4246. If it is determined that Mr. Singroha's risk factors for violence warrant a full evaluation and suitable arrangements for State custody are not available, the Warden at FMC Devens would sign a Certificate of Dangerousness, which would then be filed in District of Massachusetts as this is the district where Mr. Singroha currently resides. The certificate would then be held in abeyance until the criminal court makes a final determination as to whether he is restorable or not. Should he be determined to be unrestorable, Mr. Singroha's civil commitment case will proceed in the civil court of the District of Massachusetts after the District of Massachusetts orders a full psychological examination pursuant to Title 18 USC § 4246(b).

If I can be of further assistance to the Court in this matter, please contact me at (978) 796-1116 or at dxhamilton@bop.gov. Please be advised I have limited PACER access and therefore request all relevant court orders be emailed directly to me to ensure we are compliant with all court directives.

Sincerely,

DIANA HAMILTON Digitally signed by DIANA HAMILTON
Date: 2026.10.05 07:47:00 -04'00'

Diana Hamilton, Psy.D.
Licensed Clinical Psychologist
Forensic Evaluation Section
Psychology Services Branch
Office Location: FMC Devens

cc: Sanford Allen Schulman, Defense Attorney
Alexis Marie Sanford, Assistant United States Attorney
Jonathan Roth, Assistant United States Attorney